AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Trina P. Paige
*Plaintiff/Petitioner*

v.

David Robeck
*Defendant/Respondent*

) ) ) ) ) )

Civil Action No.

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Human Behavior Institute Clinical Services
2740 S. Jones Blvd
LV, NV 89146

My gross pay or wages are: $ 1521.75 , and my take-home pay or wages are: $ 1397.34 per
(specify pay period) every two weeks.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment       ☐ Yes       ☐ No
(b) Rent payments, interest, or dividends               ☑ Yes       ☐ No
(c) Pension, annuity, or life insurance payments         ☐ Yes       ☐ No
(d) Disability, or worker's compensation payments        ☐ Yes       ☐ No
(e) Gifts, or inheritances                               ☐ Yes       ☐ No
(f) Any other sources                                    ☑ Yes       ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

My daughter's SSI income from father's death in the amount of $632.00 monthly.

4. Amount of money that I have in cash or in a checking or savings account: $ 589.30

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Car Note $635. monthly

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent - $1,480 - monthly
Student Loans - $166,000
Utilities - Water, Lights, Garbage, Cellphones, Internet - $480 monthly
Transportation - $60.00 weekly

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

LaNyah Paige - 13 yrs. old daughter - $632 + additional school items food etc.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Car Note and Student Loans - Sally Mae $166,000
Alley Financial - $9,000

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12/9/2021

Trina Paige
Applicant's signature

Trina Paige
Printed name

### Order

**IT IS ORDERED** that ECF No. 2 is GRANTED. Plaintiff Trina P. Paige shall be allowed to proceed in this action *in forma pauperis.* **IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed without prejudice. Plaintiff did not fill in the "facts section" of her complaint or otherwise provide any facts upon which her complaint is based. The Clerk of Court is kindly directed to send Plaintiff another form complaint. Plaintiff is advised that she must provide the Court with the facts upon which she bases her complaint. **IT IS FURTHER ORDERED** that if Plaintiff wishes to refile her complaint, she must do so by January 7, 2022. Failure to follow this order may result in a recommendation to the district judge that this case be dismissed.

IT IS SO ORDERED
DATED: 4:15 pm, December 13, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE