**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Trina Patrice Paige,<br><br>　　　　　　　Plaintiff,<br>　v.<br>David Robeck,<br>　　　　　　　Defendant. | Case No. 2:21-cv-02179-JAD-BNW<br><br>**REPORT AND RECOMMENDATION** |

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if she so chose). *See* ECF No. 5. Plaintiff was given multiple opportunities to amend her complaint. *See id.*; ECF No. 8. Her latest deadline to amend her complaint was February 17, 2022. *See* ECF No. 8. The Court advised Plaintiff that if she did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* Plaintiff did not file an amended complaint or otherwise respond to this Court's order. Accordingly, it appears Plaintiff abandoned her case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: February 25, 2022

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE