UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Trina Patrice Paige, | Case No.: 2:21-cv-02179-JAD-BNW |
| Plaintiff | **Order Adopting Report and Recommendation and Dismissing Action** |
| v. | |
| David Roebeck, | [ECF No. 10] |
| Defendant | |

On February 25, 2022, the magistrate judge recommended that this case be dismissed because the plaintiff failed to file a viable complaint despite having been given multiple opportunities to do so.[1] The deadline for the plaintiff to object to that recommendation was March 11, 2022, and she filed no objection and did not ask to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 10] is ADOPTED** in its entirety.  **This case is DISMISSED**, and the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
March 23, 2022

---

[1] ECF No. 10.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).